Transcript of David Michael Methot
Conducted on September 18, 2019                                38

| | | |
|---|---|---|
| 1 | starts on page -- | 14:20:16 |
| 2 |     A.   Yes. | 14:20:17 |
| 3 |     Q.   -- 3835, at the very top it says, "Fluor | 14:20:17 |
| 4 | disclosure page 1," and there's a page 2, page 3, | 14:20:21 |
| 5 | all the way through page 6.  Did you write that? | 14:20:25 |
| 6 |     A.   Again, with the input and -- from others. | 14:20:35 |
| 7 |     Q.   Okay.  And who were those -- leaving aside | 14:20:40 |
| 8 | the legal folks in the legal department, did other | 14:20:44 |
| 9 | non-legal employees assist you? | 14:20:47 |
| 10 |     A.   Yes, it would have been the investigator | 14:20:52 |
| 11 | and Justin Jones. | 14:20:55 |
| 12 |     Q.   Okay.  So -- okay. | 14:21:06 |
| 13 |     A.   Along with legal. | 14:21:08 |
| 14 |     Q.   Along with legal? | 14:21:09 |
| 15 |     A.   Which we said, obviously. | 14:21:09 |
| 16 |     Q.   Okay. | 14:21:13 |
| 17 |     A.   Nothing goes out without legal. | 14:21:13 |
| 18 | ==Q.   Got it.  Okay.  So can you just describe== | 14:21:16 |
| 19 | ==generally for me the process by which this== | 14:21:21 |
| 20 | ==disclosure gets assembled?== | 14:21:26 |
| 21 | ==    MS. CLUVERIUS:  Okay.  I'm going to object== | 14:21:29 |
| 22 | ==on the basis of privilege.  And I will say that== | 14:21:30 |

Transcript of David Michael Methot
Conducted on September 18, 2019                    80

| | | |
|---|---|---|
| 1 | written right here in the letter, I can't go | 15:35:02 |
| 2 | further than that. | 15:35:06 |
| 3 | EXAMINATION RESUMED BY MS. HALL: | |
| 4 | Q.   What -- what process did the company | 15:35:12 |
| 5 | engage in to try to establish timekeeping | 15:35:16 |
| 6 | irregularities?  How did the company calculate the | 15:35:18 |
| 7 | timekeeping irregularities? | 15:35:23 |
| 8 | MS. CLUVERIUS:  I'm going to again object | 15:35:25 |
| 9 | to the question on the grounds of privilege. | 15:35:27 |
| 10 | And to the extent you can provide a response | 15:35:30 |
| 11 | without divulging privileged information, you | 15:35:33 |
| 12 | may do so.  And if you cannot, then I would | 15:35:35 |
| 13 | direct you not to respond. | 15:35:36 |
| 14 | THE WITNESS:  Each disclosure stands on | 15:35:50 |
| 15 | its own.  So not discussing this disclosure, we | 15:35:51 |
| 16 | generally have a process where we review on a | 15:35:58 |
| 17 | case-by-case basis the facts of individual | 15:36:03 |
| 18 | cases.  If there's credible evidence of a | 15:36:07 |
| 19 | violation that resulted in passing along a | 15:36:11 |
| 20 | billing to the government for work that was not | 15:36:15 |
| 21 | performed, then in general we make a disclosure | 15:36:18 |
| 22 | to the government. | 15:36:25 |

| | | |
|---|---|---|
| 1 | EXAMINATION RESUMED BY MS. HALL: | |
| 2 | Q.   The bottom of the first page of your | 15:36:40 |
| 3 | letter, you write in the last paragraph, "Fluor | 15:36:42 |
| 4 | estimates there may have been a financial impact to | 15:36:47 |
| 5 | the government, because Mr. Anderson's labor was | 15:36:49 |
| 6 | charged to the contract task order while he engaged | 15:36:52 |
| 7 | in improper conduct."  Do you see that? | 15:36:55 |
| 8 |    A.   Yes. | 15:36:57 |
| 9 |    Q.   How did the company determine that he -- | 15:36:58 |
| 10 | that General Anderson was allegedly engaged in | 15:37:00 |
| 11 | improper conduct during the time he was charging | 15:37:03 |
| 12 | labor to the government contract?  Do you have an | 15:37:08 |
| 13 | understanding of how that was inquired into? | 15:37:12 |
| 14 |       MS. CLUVERIUS:  Again, I'm going to lodge | 15:37:16 |
| 15 |    a privilege objection.  To the extent you can | 15:37:17 |
| 16 |    respond without divulging privileged | 15:37:19 |
| 17 |    information, feel free to do so.  But if you | 15:37:21 |
| 18 |    cannot, then I would direct you not to answer. | 15:37:23 |
| 19 |       THE WITNESS:  I don't feel comfortable | 15:37:25 |
| 20 |    responding to that without getting into | 15:37:27 |
| 21 |    privilege. | 15:37:28 |
| 22 |       ==MS. HALL:  So I'm just putting on the== | 15:37:32 |

Transcript of David Michael Methot
Conducted on September 18, 2019                                82

| | | |
|---|---|---|
| 1 | record that we're probably going to have to go | 15:37:34 |
| 2 | to the judge on this, because this is -- this | 15:37:36 |
| 3 | is sort of the heart of the case.  You guys are | 15:37:39 |
| 4 | also a Plaintiff in this case.  You've sued our | 15:37:42 |
| 5 | client over this -- over alleged improprieties. | 15:37:45 |
| 6 | And if we're not permitted to inquire into how | 15:37:51 |
| 7 | the company investigated those improprieties, | 15:37:53 |
| 8 | that's not fair discovery. | 15:37:57 |
| 9 | So just to let you know, we'll most likely | 15:38:00 |
| 10 | be going to the judge on this matter to try to | 15:38:03 |
| 11 | get a resolution to get our questions answered. | 15:38:06 |
| 12 | So you can feel free to continue to object, but | 15:38:08 |
| 13 | this will most likely go before a judge in | 15:38:11 |
| 14 | Virginia. | 15:38:14 |
| 15 | EXAMINATION RESUMED BY MS. HALL: | |
| 16 | Q.   How did the company establish whether Mr. | 15:38:17 |
| 17 | Anderson was doing activities on his on-duty time | 15:38:27 |
| 18 | versus off-duty time? | 15:38:32 |
| 19 | MS. CLUVERIUS:  Again, I would lodge the | 15:38:40 |
| 20 | same objection.  To the extent you can respond | 15:38:41 |
| 21 | without divulging privileged information, | 15:38:44 |
| 22 | please respond.  If you cannot, then I would | 15:38:50 |

Transcript of David Michael Methot
Conducted on September 18, 2019                                83

| | | |
|---|---|---|
| 1 | direct you not to respond. | 15:38:53 |
| 2 | THE WITNESS: I can't get into the details | 15:38:58 |
| 3 | of how that was determined. | 15:39:00 |
| 4 | MS. HALL: So -- all right. We may have | 15:39:08 |
| 5 | to come back and do this deposition again, | 15:39:21 |
| 6 | because this is -- I don't believe this is | 15:39:23 |
| 7 | privileged information. These are allegations | 15:39:26 |
| 8 | that are being made against General Anderson, | 15:39:28 |
| 9 | and we're entitled to have an understanding of | 15:39:30 |
| 10 | how the company conducted its investigation and | 15:39:32 |
| 11 | the basis for the allegations that are being | 15:39:35 |
| 12 | put forth to the government. So we may have to | 15:39:37 |
| 13 | come back and do this deposition again. | 15:39:39 |
| 14 | MS. CLUVERIUS: Sarah, why don't we -- do | 15:39:49 |
| 15 | you mind if we take a break off the record and | 15:39:51 |
| 16 | you and I chat and we see if we can -- | 15:39:53 |
| 17 | MS. HALL: We can definitely do that. I | 15:40:01 |
| 18 | don't anticipate that we will reach a | 15:40:03 |
| 19 | resolution on that. | 15:40:04 |
| 20 | MS. CLUVERIUS: Well, I don't either. | 15:40:05 |
| 21 | MS. CLUVERIUS: But to the extent that | 15:40:06 |
| 22 | there's a chance that we could, I think it | 15:40:07 |

Transcript of David Michael Methot
Conducted on September 18, 2019                          84

| | | |
|---|---|---|
| 1 | might make sense for us to at least try to take | 15:40:10 |
| 2 | that opportunity now. | 15:40:12 |
| 3 | MS. HALL:  Sure. | 15:40:13 |
| 4 | THE VIDEOGRAPHER:  Off the record at 3:40 | |
| 5 | p.m. | |
| 6 | (Whereupon, a recess was taken.) | |
| 7 | THE VIDEOGRAPHER:  On the record at 3:52 | 15:52:23 |
| 8 | p.m. | 15:52:28 |
| 9 | MS. HALL:  Mr. Methot, I would like to ask | 15:52:29 |
| 10 | you quite a few more questions about | 15:52:32 |
| 11 | Plaintiff's Exhibit Number 2, which is the | 15:52:36 |
| 12 | letter you prepared and sent to the Department | 15:52:38 |
| 13 | of Defense, making the disclosure that was | 15:52:41 |
| 14 | derogatory against my client. | 15:52:46 |
| 15 | I've had a conversation with your counsel | 15:52:49 |
| 16 | here.  I understand that your counsel will be | 15:52:51 |
| 17 | lodging an objection to privilege.  And so I | 15:52:54 |
| 18 | just want to state, for the record, that we do | 15:53:01 |
| 19 | have a lot of questions.  I'm happy to go | 15:53:02 |
| 20 | through the questions.  But to the extent that | 15:53:04 |
| 21 | counsel will be objecting to those questions on | 15:53:07 |
| 22 | the basis of privilege, it may be moot, and | 15:53:09 |

Transcript of David Michael Methot
Conducted on September 18, 2019                                              85

| | | |
|---|---|---|
| 1 | I've already stated our intention to go to a | 15:53:12 |
| 2 | judge to try to get a ruling on this.  So I'm | 15:53:14 |
| 3 | happy to table the questions, but if you'd like | 15:53:18 |
| 4 | me to ask the questions so you can make your | 15:53:22 |
| 5 | objections, we can do it that way, too.  I | 15:53:24 |
| 6 | don't want to make this more burdensome on the | 15:53:27 |
| 7 | witness than it already is. | 15:53:29 |
| 8 |     MS. CLUVERIUS:  Sure. | 15:53:31 |
| 9 |     MS. HALL:  We may have to come back and do | 15:53:31 |
| 10 | this deposition again after the judge rules. | 15:53:33 |
| 11 | But on the same token, I don't want to hold | 15:53:35 |
| 12 | this gentleman here all day if we don't have | 15:53:38 |
| 13 | to.  So, counsel, how would you like to | 15:53:41 |
| 14 | proceed? | 15:53:44 |
| 15 |     MS. CLUVERIUS:  Well, it's your | 15:53:45 |
| 16 | deposition.  So I would just -- for the sake of | 15:53:46 |
| 17 | ==clarity of the record, it's our position that== | 15:53:50 |
| 18 | ==questions about the preparation, drafting of== | 15:53:53 |
| 19 | ==the mandatory disclosure, the decision to make== | 15:53:56 |
| 20 | ==the disclosure to the government, and the== | 15:53:59 |
| 21 | ==investigation that preceded this mandatory== | 15:54:02 |
| 22 | ==disclosure are privileged.  Thus, my objections== | 15:54:06 |

Transcript of David Michael Methot
Conducted on September 18, 2019                                    102

| | | |
|---|---|---|
| 1 | Q.   What are the standards that existed for | 16:17:14 |
| 2 | Fluor for the timeliness of completion of conflict | 16:17:16 |
| 3 | of interest paperwork by someone in Mr. Yenovkian's | 16:17:21 |
| 4 | position? | 16:17:24 |
| 5 | MS. CLUVERIUS:  I have an objection to the | 16:17:24 |
| 6 | form. | 16:17:27 |
| 7 | THE WITNESS:  Yeah, that's not my -- I | 16:17:28 |
| 8 | couldn't answer that question. | 16:17:30 |
| 9 | EXAMINATION RESUMED BY MS. HALL: | |
| 10 | Q.   You mentioned that Justin Jones was in | 16:17:35 |
| 11 | your line of reporting?  He reported up to you, | 16:17:37 |
| 12 | correct? | 16:17:42 |
| 13 | A.   Yes, that's correct. | 16:17:42 |
| 14 | Q.   Okay.  Did he ever mention to you that | 16:17:43 |
| 15 | General Anderson had complained to him that Mr. | 16:17:44 |
| 16 | Yenovkian was tardy in preparing the conflict of | 16:17:47 |
| 17 | interest paperwork? | 16:17:50 |
| 18 | MS. CLUVERIUS:  Object to the form. | 16:17:55 |
| 19 | THE WITNESS:  I'm not aware of that.  I | 16:17:57 |
| 20 | don't recall that. | 16:18:12 |
| 21 | EXAMINATION RESUMED BY MS. HALL: | |
| 22 | Q.   As part of the -- as part of the | 16:18:14 |

```
1    investigation, was Mr. Leonard interviewed?                    16:18:17
2            MS. CLUVERIUS:  I'm going to object on the             16:18:21
3        basis of privilege and direct the witness not              16:18:23
4        to answer.                                                 16:18:24
5    EXAMINATION RESUMED BY MS. HALL:
6        Q.   Did you personally review any of Mr.                  16:18:30
7    Leonard's e-mail communications with General                   16:18:31
8    Anderson as part of your preparation of this letter            16:18:34
9    that you submitted to the DOD?                                 16:18:37
10           MS. CLUVERIUS:  I'm going to object on the             16:18:38
11       basis of privilege and direct the witness not              16:19:09
12       to answer.                                                 16:19:11
13   EXAMINATION RESUMED BY MS. HALL:
14       Q.   Are you familiar with the circumstances               16:19:11
15   under which General Anderson was brought back from             16:19:15
16   Afghanistan prior to his termination?                          16:19:17
17           MS. CLUVERIUS:  And I would again give you             16:19:20
18       the directive that I'm going to object on a                16:19:22
19       privilege ground.  But to the extent you can               16:19:23
20       respond without divulging privileged                       16:19:27
21       information or communications that were had                16:19:29
22       with you by legal counsel, then you can                    16:19:33
```

Transcript of David Michael Methot
Conducted on September 18, 2019

117

| | | |
|---|---|---|
| 1 | MS. CLUVERIUS: Same objection. It goes | 16:51:23 |
| 2 | beyond the scope of the redirect. | 16:51:24 |
| 3 | THE WITNESS: I don't recall meeting with | 16:51:26 |
| 4 | him again. | 16:51:30 |
| 5 | EXAMINATION RESUMED BY MS. HALL: | |
| 6 | ==Q. And as part of the investigation that== | 16:51:30 |
| 7 | ==culminated in your disclosure in your letter to the== | 16:51:32 |
| 8 | ==DODIG, Exhibit 2 to your deposition, did you== | 16:51:35 |
| 9 | ==participate in any interviews of General Anderson?== | 16:51:39 |
| 10 | ==MS. CLUVERIUS: I'm going to object on the== | 16:51:43 |
| 11 | ==basis of privilege and direct the witness not== | 16:51:45 |
| 12 | ==to answer the question.== | 16:51:49 |
| 13 | EXAMINATION RESUMED BY MS. HALL: | |
| 14 | Q. And so as far as the questions from your | 16:51:50 |
| 15 | counsel about whether General Anderson disclosed | 16:51:55 |
| 16 | certain items of information to you, you didn't -- | 16:51:58 |
| 17 | you didn't seek out an opportunity to interface with | 16:52:03 |
| 18 | General Anderson, did you? | 16:52:05 |
| 19 | MS. CLUVERIUS: Objection to the form. | 16:52:07 |
| 20 | THE WITNESS: No. | 16:52:14 |
| 21 | EXAMINATION RESUMED BY MS. HALL: | |
| 22 | Q. And the questions that your counsel posed | 16:52:14 |