**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| STEVEN M. ANDERSON, | * |
| | * |
| Plaintiff/Counterclaim Defendant, | * |
| | * |
| v. | *   Civil Action No. 1:19-cv-00289-LO-TCB |
| | * |
| FLUOR INTERCONTINENTAL, INC., | * |
| FLUOR FEDERAL GLOBAL PROJECTS, | * |
| INC. AND FLUOR FEDERAL SERVICES, | * |
| LLC, | * |
| | * |
| Defendants/Counterclaim Plaintiffs. | * |
| | * |
| | * |

## NOTICE OF HEARING DATE

PLEASE TAKE NOTICE that Plaintiff Brigadier General (Ret.) Steven M. Anderson's Objections to Magistrate Judge Buchanan's January 10, 2020 Order shall be heard on Friday, January 31, 2020, at 10:00 am or as soon thereafter as counsel may be heard at the courthouse located at 401 Courthouse Square, Alexandria, Virginia.

2

Dated: January 24, 2020

Respectfully Submitted,

THOMPSON HINE LLP

By: */s/ Thomas O. Mason*
Eric N. Heyer  (VSB #73037)
Thomas O. Mason (VSB #44723)
Raymond C. McCann (VSB #19267)
Sarah M. Hall (*pro hac vice* pending)
1919 M Street, N.W., Suite 700
Washington, D.C. 20036-1600
Phone:  (202) 331-8800
Fax:  (202) 331-8330
Eric.Heyer@ThompsonHine.com
Tom.Mason@ThompsonHine.com
Ray.McCann@ThompsonHine.com

*Counsel for Steven M. Anderson*

2

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 24th day of January, 2020, I caused a true and correct copy of the foregoing to be served on the following via ECF to:

Tirzah S. Lollar, Esq.
Craig Margolis, Esq.
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, NW
Washington, DC 20001
tirzah.lollar@arnoldporter.com
craig.margolis@arnoldporter.com

Mark Moore, Esq.
NEXSEN PRUET, LLC
P.O. Box 2426
Columbia, South Carolina 29202
mmoore@nexsenpruet.com

Jennifer Cluverius, Esq.
NEXSEN PRUET, LLC
P.O. Box 10648
Greenville, South Carolina 29603-0648
jcluverius@netsentpruet.com

*Counsel for Fluor Corporation, Inc.*
*Fluor Intercontinental, Inc.*
*Fluor Federal Global Projects, Inc., and*
*Fluor Federal Services, LLC*

                                                                                           */s/ Thomas O. Mason*