**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| STEVEN M. ANDERSON, | * | |
| | * | |
| Plaintiff/Counterclaim Defendant, | * | |
| | * | |
| v. | * | Civil Action No. 1:19-cv-00289-LO-TCB |
| | * | |
| FLUOR INTERCONTINENTAL, INC., | * | |
| FLUOR FEDERAL GLOBAL PROJECTS, | * | |
| INC. AND FLUOR FEDERAL SERVICES, | * | |
| LLC, | * | |
| | * | |
| Defendants/Counterclaim Plaintiffs. | * | |
| | * | |
| | * | |

<u>**NOTICE OF HEARING DATE**</u>

PLEASE TAKE NOTICE that Plaintiff Brigadier General (Ret.) Steven M. Anderson's

Objections to Magistrate Judge Buchanan's January 10, 2020 Order shall be heard on Friday,

February 14, 2020, at 10:00 am or as soon thereafter as counsel may be heard at the courthouse

located at 401 Courthouse Square, Alexandria, Virginia.

Dated: January 27, 2020

Respectfully Submitted,

THOMPSON HINE LLP

By: *<u>/s/ Thomas O. Mason</u>*
  Eric N. Heyer  (VSB #73037)
  Thomas O. Mason (VSB #44723)
  Raymond C. McCann (VSB #19267)
  Sarah M. Hall (*pro hac vice* pending)
  1919 M Street, N.W., Suite 700
  Washington, D.C. 20036-1600
  Phone:  (202) 331-8800
  Fax:  (202) 331-8330
  Eric.Heyer@ThompsonHine.com
  Tom.Mason@ThompsonHine.com
  Ray.McCann@ThompsonHine.com

*Counsel for Steven M. Anderson*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 27th day of January, 2020, I caused a true and correct

copy of the foregoing to be served on the following via ECF to:

Tirzah S. Lollar, Esq.
Craig Margolis, Esq.
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, NW
Washington, DC 20001
tirzah.lollar@arnoldporter.com
craig.margolis@arnoldporter.com

Mark Moore, Esq.
NEXSEN PRUET, LLC
P.O. Box 2426
Columbia, South Carolina 29202
mmoore@nexsenpruet.com

Jennifer Cluverius, Esq.
NEXSEN PRUET, LLC
P.O. Box 10648
Greenville, South Carolina 29603-0648
jcluverius@netsentpruet.com

*Counsel for Fluor Corporation, Inc.*
*Fluor Intercontinental, Inc.*
*Fluor Federal Global Projects, Inc., and*
*Fluor Federal Services, LLC*


*/s/ Thomas O. Mason*