IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| STEVEN M. ANDERSON,<br><br>    *Plaintiff/Counterclaim Defendant,*<br>v.<br><br>FLUOR INTERCONTINENTAL, INC. et al.,<br><br>    *Defendants/Counterclaim Plaintiffs* | Case No. 1:19-cv-289<br>Hon. Liam O'Grady |

## ORDER

Pursuant to the Fourth Circuit's Corrected Order of March 13, 2020, the Court hereby **VACATES** those portions of the Orders issued on November 8, 2019 (Dkt. 113), December 20, 2019 (Dkt. 161), and February 26, 2020 (Dkt. 197), which require Fluor to disclose privileged information from the investigation relating to the subject matter of the four statements at issue.

It is **SO ORDERED**.

March 16, 2020
Alexandria, Virginia

Liam O'Grady
United States District Judge