IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| STEVEN ANDERSON, ) <br> ) <br>    *Plaintiff/Counterclaim Defendant,* ) <br> ) <br> v. ) <br> ) <br> FLUOR INTERCONTINENTAL, INC., FLUOR ) <br> FEDERAL GLOBAL PROJECTS, INC. AND FLUOR ) <br> FEDERAL SERVICES, LLC, ) <br> ) <br>    *Defendants/Counterclaim Plaintiffs.* ) <br> ) | Civil No. 1:19-cv-00289 <br> Hon. Liam O'Grady |

## ORDER

This matter comes before the Court on the Parties' joint stipulation of dismissal with prejudice. Dkt. 264. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties stipulate that all claims and counterclaims in this action are voluntarily dismissed in their entirety with prejudice. *Id.*

As such, and according to the terms of the stipulation, the above-captioned action is hereby **DISMISSED WITH PREJUDICE** and the matter is concluded. The clerk of this Court is directed to remove the Action from the active docket.

It is **SO ORDERED.**

February 23, 2021
Alexandria, Virginia

Liam O'Grady
United States District Judge